**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : No. 21-CR-383 |
| | : |
| **PATRICK STEDMAN,** | : |
| Defendant. | : |

### MOTION TO REVISE CONDITIONS OF RELEASE

The defendant recently posted a message to his Twitter account, including his over

43,000 followers that, in the very least, sought to demean a person he believes to have provided

information to law enforcement in connection with the pending charges in this case.

Specifically, on August 4, 2021, the defendant posted the below message to his Twitter account:



This message appears designed to both publicly reveal the identity of someone the defendant believes to be a government witness and to insult and demean that person.  Following this Tweet, at least one other Twitter user sent a message to the individual targeted by Stedman's Tweet and called the individual a homophobic slur.

The defendant's conditions of release should therefore be modified to, at a minimum, include a requirement that he have no contact, directly or indirectly, with anyone who is or who may be a victim or witness in this prosecution.  The government respectfully requests that the Court set a status hearing at which the Court reconsider and modify, as appropriate, the defendant's conditions of release.

Respectfully submitted,

CHANNING PHILLIPS
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
      Peter Lallas
      Assistant United States Attorney
      N.Y. Bar Number 4290623
      United States Attorney's Office
      555 Fourth Street, N.W.
      Washington, D.C.  20530
      Telephone: (202) 252-6879
      Email: peter.lallas@usdoj.gov