```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA  :
                          :    No. 21-CR-383
        v.                :
                          :
PATRICK STEDMAN           :
                          :
```

**DEFENDANT'S REPLY TO GOVERNMENT'S MOTION TO REVISE
CONDITIONS OF RELEASE
(Docket Document # 19)**

Defendant Patrick Stedman, by and through his counsel Rocco C. Cipparone Jr., Esq., hereby submits this response to the government's moves August 24, 2021 filed motion to modify the conditions of his release: the Court for permission to withdraw as counsel for Appellant in the above-captioned appeal, and in support thereof, states as follows:

**1.** While the tweet by Mr. Stedman which is complained of in the government's motion certainly was not intended by Mr. Stedman in any way to intimidate any

1

witness against him in this matter as a witness[1], Mr. Stedman has no objection to a modification of the conditions of release as requested by the government (with one clarification outlined below in paragraph 2) that he have no contact with "anyone is or who may be" a victim or witness in the prosecution.

2.  The additional restriction sought by the government, and agreeable to by Mr. Stedman, for clarity and to avoid vagaries should state that Mr. Stedman is precluded from contact "with anyone **known** to him, or identified by the government, as potential witness or victim in this matter". Without that qualifier the proposed additional condition is too broad and is rife for unintentional violation by Mr. Stedman.  The government has not provided a list of potential witness or identified who should be considered victims in the case.  While Mr. Stedman has no desire to have any such contact, the government

---

[1] The backdrop of this complained of tweeting to and from is set forth *infra* to give the Court insight into the context of the complained of tweet by Mr. Stedman.

should be required to identify who it considers potential witnesses and who it considers victims to avoid any vagaries or **unknowing** contact by Mr. Stedman with such persons that would lead to a claim of violation of the revised Order.

3.   Although it was not his intention to in any way be intimidating, Mr. Stedman now clearly fully understands the reaction to his tweet and apologizes, accepting full responsibility.  The below information is provided merely to give the Court further insight that Mr. Stedman's reaction (again in hindsight regrettably) was in large measure a frustrated reaction to "Mike" harassing Mr. Stedman through tweets. Indeed, Mr. Stedman had attempted to block this person from his twitter account so it would stop, but "Mike" continued to circumvent the blocking by using alias twitter accounts indeed to tweet about and to Mr. Stedman in a harassing fashion.  Examples of such appear below.  Again, this information is presented for context for the Court.  Mr. Stedman regrets the tweet

complained of and it was a reaction to "Mike" harassing him.

4. Examples of "Mike's" tweets targeted to Mr. Stedman include mocking Mr. Stedman's career/business as a dating coach (see below) and his high school activities, mocking that his family probably lost friendships because of Mr. Stedman's charges, circumventing Mr. Stedman's attempts to block him from his (Mr. Stedman's) accounts, and gleefully announcing that he would be live tweeting Mr. Stedman's arraignment in this matter. Some such tweets are:

REMAINDER OF THIS PAGE INTENTIONALLY BLANK



\* \* \* \* \* \* \* \* \* \* \*

**Mike** 🌐 ▇▇▇▇▇▇ · Jan 6

Pat's already trying to distance himself from the terrorists that tried to overthrow the government (claiming it was really antifa 🤣). How about you?

  💬 1                    🔁                    ♡                    ↥

**Mike** 🌐 ▇▇▇▇▇▇ · Jan 6
Hmm? awfully quiet now, traitor.

\* \* \* \* \* \* \* \* \*



"soy" is paying another man thousands of dollars to teach you how to talk to girls 🤣

10:25 PM · Jun 18, 2021 · Twitter for Android

* * * * * * * * *

REMAINDER OF THIS PAGE INTENTIONALLY BLANK

Mike 
@Pat_Stedman publicly declared that he would delete his account if Biden was inaugurated president.

Needless to say he did not keep his word!

> Pat Stedman
> @Pat_Stedman
>
> Trump will be inaugerated. Not that anyone will miss you but if you disagree - loser deletes his account.

\* \* \* \* \* \* \*

Will ▬▬▬▬▬▬▬▬▬▬ · Jun 18
Who cares? You act like what he was doing is a bad thing or violent. The comments on that post are cringe and say a lot more about you and them, than framing Pat as a bad guy or bad coach ever will. Dude knows his shit and lives his truth fully without guilt. That's what men do.

💬 2   🔁   ♡ 6   ⬆

Mike 
Replying to ▬▬▬▬▬▬▬▬▬▬▬▬ and @Pat_Stedman
Cringe is defending your favorite insane criminal dating coach

💬 1   🔁   ♡ 1   ⬆

_____

7

* * * * * * *

> **Mike** 🌐 ▮▮▮▮ · Jun 30
> Hey everyone, I'll be live tweeting everyone's favorite MAGA dating coach @Pat_Stedman's arraignment today at 2pm ET!
>
> Feel free to call in at the number below and listen in or follow along in this thread!
>
> | Sullivan, Emmet G. | • Toll Free Number: 888-363-4734<br>• Access Code: 6114909 |
> |---|---|
>
> Romeo_is_real and Scott MacFarlane
>
> 💬 1     🔁 1     ♡ 2     ↑

_____

> **Mike** 🌐 ▮▮▮▮ · Aug 8
> This is obviously a lie, there's no way Pat's family even has six friends after he humiliated himself on Jan 6th

5. In context the Court should maintain the bail conditions as presently exist with the additional condition that Mr. Stedman refrain from any contact with known or identified government witnesses

8

or victims.

        Respectfully submitted,

        Law Offices of Rocco C. Cipparone, Jr.

BY: /s/Rocco C. Cipparone Jr.
     Rocco C. Cipparone, Jr., Esquire
     Dated: 08-31-2021