**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-383** |
| v. : | |
| : | |
| **PATRICK STEDMAN,** : | |
| : | |
| **Defendant.** : | |

**STATUS REPORT AND PROPOSED TRIAL DATES**

The parties respectfully submit this report in response to the Court's Minute Order, dated October 18, 2022, directing the parties to inform the Court, given the pendency of this case, by noon on October 20, 2022, whether any outstanding plea offers will have expired by October 21, 2022, and if so, to provide the Court with three proposed trial dates and a proposed motions schedule, so that the Court may set a trial schedule at or before the hearing scheduled for October 21, 2022.

**Outstanding Plea Offers**

The parties respectfully inform the Court that all outstanding plea offers will have expired by October 21, 2022.

**Proposed Trial Dates**

The parties respectfully inform the Court that the earliest mutually agreed upon dates for trial are April 10, 2023, May 8, 2023 and most dates thereafter.  The Government is available for trial on or after January 23, 2023.  The first date the defense counsel is available for trial is April 10, 2023 because beginning on January 9, 2023 defense counsel (a sole practitioner) begins a federal criminal trial in the Eastern District of Pennsylvania (CJA representation) involving approximately 7 defendants, which trial the Government in that case projects will last 10-12 weeks. That case has been pending since 2018.  Defense counsel also has another federal

criminal trial in the District of New Jersey beginning on April 24, 2023, but assuming that the instant trial would last no more than 7 trial days, an April 10, 2023 date seems achievable (although not preferable for defense counsel given the length of the preceding trial) in between defense counsel's two above-referenced trials. Defense counsel has other trials scheduled between now and the end of this year.

**Proposed Motion Schedule**

The parties respectfully propose the following schedule for pre-trial motions:

- Suppression motions. Any motions to suppress statements or tangible things shall be filed two months before trial. Opposition and replies shall be due within 14 and 7 days, respectively. The Court will schedule a hearing on the motion(s) as necessary.

- All other pre-trial motions, excluding motions in limine, shall be filed six weeks before trial. Oppositions and replies shall be due within 14 and 7 days, respectively.

- Motions in limine. All motions in limine shall be filed three weeks before trial.

Responses and replies shall be due within 7 and 7 days, respectively.

Respectfully submitted this 20th day of October 2022,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Brian Morgan*
    BRIAN MORGAN
    Trial Attorney
    NY Bar No. 4276804
    601 D Street, N.W.
    Washington, D.C. 20530
    Brian.morgan@usdoj.gov
    (202) 305-3717

    /s/ *Rocco C. Cipparone, Jr.*
    ROCCO C. CIPPARONE, JR.
    Attorney for Defendant
    Law Offices of Rocco C. Cipparone Jr.
    157 Bridgeton Pike Suite 200-320
    Mullica Hill NJ 08062
    856-547-2100