

EXH.1 p.1

MARRY ME
We can't wait to celebrate with you. For travel and wedding details
please visit our wedding website: www.gigiandkelly.com

