From: Gisella Haidar and Kelly Smith
36-12 38th Street, Apt. 10
Long Island City, NY 11101
ggkb.wedding.2022@gmail.com
(817) 729-2016

October 30, 2022

To: The Honorable Chief Justice Beryl Howell

RE: Patrick Stedman

Your Honor,

Our names are Gisella Haidar and Kelly Smith. We are getting married this coming December in the Dallas Fort Worth area in Texas. We have known Patrick Stedman for approximately six years and have developed a deep bond with him and his family. We are writing this letter to ask you for consideration to allow Patrick to travel to Texas to be a part of our wedding.

We met Patrick when we first moved to New York City from Dallas, Texas, and had no other friends in the city. We quickly became friends with Patrick and his wife, a relationship that not only continues till this day, but has deepened over time. Patrick and his wife were there for us through the ups and downs of our relationship and were instrumental in helping us grow as a couple as well as an inspiration of what married life could be. Their friendship and support all these years mean the world to us.

It is our understanding that Patrick's conditions of release have now changed to where he cannot longer leave his state of residency, New Jersey. We write this letter to you in hopes that you would grant him permission to attend our wedding festivities in Texas. We could not imagine getting married without him there given not only his friendship but also the important role that he played in helping us take the next step in our relationship. Both Patrick and his wife are part of the wedding party and if Patrick is unable to attend, what is supposed to be the happiest day of our lives will feel incomplete.

Our wedding festivities will begin Thursday, December 29th, with the rehearsal dinner in Fort Worth, TX, where Patrick's attendance as a groomsman is essential. The wedding ceremony and reception will take place on Friday, December 30th in Valley View, TX, and the last festivity will be New Year's Eve celebration where we will celebrate our first New Year as a married couple with our closest friends and family, and Patrick's presence there is of extreme importance to us. More information regarding exact locations and times can be found in our wedding website: www.gigiandkelly.com.

Thank you for time in reading this letter as well as your consideration in allowing Patrick to attend our wedding. We hope that with this letter we can signify how important Patrick is to us and how instrumental he has been to our relationship. It would mean the world to us if you would grant Patrick permission to attend our wedding.

Sincerely,

Gisella Haidar and Kelly Smith

*[signature]*
Gisella B. Haidar

*[signature]*
Kelly B. Smith

Enclosed: Save the Date and Wedding Invitation

**Exh. 3**