```
PATRICK A STEDMAN
KATARZYNA KISIEL STEDMAN                    DATE  8/12/22
766 W MT VERNON AVE
HADDONFIELD, NJ 08033

PAY TO THE
ORDER OF  Gisella Haidar                                $ 1550.68
One thousand five hundred and fifty and  68/100         DOLLARS

REPUBLIC
   BANK
MEMO  wedding room                    [signature]
```

**From:**

**Tye Shirley**

Towering Oaks, LLC

Venue

(833) 339-4357

admin@towering-oaks.com



| Bill To: | Gigi Haidar |
| --- | --- |
| | gigi▓▓▓▓▓▓▓▓▓ |
| | Gigi Haidar's Project |
| Type | Other |
| Date | Dec 29, 2022 - Dec 31, 2022 |
| Time | TBD |
| Location | Towering Oaks, LLC, 528 Northshore Lane, Valleyview, TX, 76272 |

# PROPOSAL

Version 1

**PROPOSAL**

| | QTY | UNIT | PRICE | SVC | TAX | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| **White Oak Lodge (All 6 rooms)** | 2.0 | day | $1,500.00 | | ✓ | $3,000.00 |
| December 29, 2022<br>December 30, 2022 | | | | | | |
| **Red Oak Lodge (All 3 Rooms)** | 2.0 | day | $600.00 | | ✓ | $1,200.00 |
| December 29, 2022<br>December 30, 2022 | | | | | | |
| **White Oak Lodge Holiday Rate** | 1.0 | day | $2,500.00 | | ✓ | $2,500.00 |
| December 31, 2022 | | | | | | |
| **Red Oak Lodge Holiday Rate** | 1.0 | day | $800.00 | | ✓ | $800.00 |
| December 31, 2022 | | | | | | |

| | |
| --- | --- |
| Subtotal: | $7,500.00 |
| Discount: | -$1,800.00 |
| (8.0%) | $456.00 |
| **Total Amount:** | **$6,156.00** |

**PAYMENT PLAN**

| 1. | $3,078.00 | Jul 27, 2022 | #172329-000225 | PAID # 172329-000225 |
|---|---|---|---|---|
| 2. | $3,078.00 | Oct 30, 2022 | #172329-000226 | UNPAID |

Total Amount:   **$6,156.00**

**CONTRACT**

Gigi Haidar

**TOWERING OAKS, LLC**

**GUEST LODGING AGREEMENT**

This Lodging Agreement ("Agreement") and its attachments outline the rental terms and policies for lodging at Towering Oaks. This Agreement is legally binding between Towering Oaks, and its owners, managers, members, officers, directors, agents, and assigns ("Towering Oaks", "We", "Our", and "Us") Gigi Haidar and Your Approved Guests ("Guest", "You", and "Your").

███████████████ Long Island City, NY 11101

████████████

██████ Drivers License Number

TX State of Issuance

You have agreed to rent and reserve the following lodging spaces (the "Lodging Space"):

Red Oak Lodge at Towering Oaks, LLC, 528 Northshore Lane, Valleyview, TX, 76272

**Exh 4 p.3**

<u>White Oak Lodge at: Towering Oaks, LLC, 528 Northshore Lane, Valleyview, TX, 76272</u>

Date of check -in 12/29/2022

50% of the total due on Jul 26, 2022, in the amount of $3078.00

50% of the total due on Oct 30, 2022, in the amount of $3078.00

―――

- **White Oak Lodge (All 6 rooms)**
  December 29, 2022
  December 30, 2022

- **Red Oak Lodge (All 3 Rooms)**
  December 29, 2022
  December 30, 2022

- **White Oak Lodge Holiday Rate**
  December 31, 2022

- **Red Oak Lodge Holiday Rate**
  December 31, 2022

The number of approved guests in your party ("Approved Guests"):<u>24</u>

You have agreed to rent the Lodging Space for the following dates: <u>Dec 29, 2022 (3 pm)</u> through 01/01/2023 at<u>12:00 pm</u> (noon).

The rental rate for the Lodging Spaces is as follows (the "Rent"): (NONREFUNDABLE)

<u>$5700.00</u>

You understand that in exchange for the heavily discounted price of $5700 for this stay that your deposit (retainer) and all future payments are nonrefundable. The only events that will warrant a refund are as follows:

## What events are covered

This Policy uses the term "**Event**" to refer to the following situations that occur after booking, are unforeseen at the time of booking, and prevent or legally prohibit completion of the reservation.

**Exh 4 p.4**

**Changes to government travel requirements**. Unexpected changes to visa or passport requirements imposed by a governmental agency that prevent travel to the destination. This doesn't include lost or expired travel documents or other personal circumstances relating to a guest's authorization to travel.

**Declared emergencies and epidemics**. Government declared local or national emergencies.

**Note:** As of May 31, 2022, circumstances related to the COVID-19 pandemic are no longer covered under this policy.

**Government travel restrictions**. Travel restrictions imposed by a governmental agency that prevent or prohibit traveling to, staying at, or returning from the Listing location. This does not include non-binding travel advisories and similar government guidance.

**Military actions and other hostilities**. Acts of war, hostilities, invasions, civil war, terrorism, explosions, bombings, rebellions, riots, insurrection, civil disorder, and civil unrest.

**Natural disasters**. Natural disasters, acts of God, large-scale outages of essential utilities, and other severe and abnormal weather events such as tornadoes.

## What is not covered

**Everything else**. This Policy only allows for cancellations for the Events described above. Everything else is excluded. Examples of situations that this Policy does not allow cancellations for include: unexpected disease, illness, or injury; government obligations like jury duty, court appearances or military duties; travel advisories or other government guidance (that fall short of a travel ban or prohibition); cancellation or rescheduling of an event for which the reservation was made; and transportation disruptions unrelated to a covered Event like road closures, as well as flight, train, bus and ferry cancellations. If you cancel a reservation in these cases, their will be no refund issued.

**Damage Deposit / Breakage Fee**  $500 ( You may submit a check which we will hold, and return to you or void 10 days after your departure date, or you may put a credit card on file upon arrival.

1.
    **Occupancy**: Your Lodging Space will be ready for You to occupy at 3:00 PMp.m. on the date of your scheduled arrival. The approved and permitted term of Your occupancy will end at 12:00 pmnoon on the date of your scheduled departure, as indicated above. This means Your occupancy and permitted use of the Lodging Space will cease on that date and at that time. Only if You have Our permission in writing to do so, You may continue to rent the Lodging Space. In this case, Your rent and all the other terms will remain the same as in this Agreement, unless We tell you differently in writing. Your rental term may be ended earlier if You do not pay the applicable fees and/or comply with the terms of this Agreement or any other Towering Oaks rules and regulations, local ordinances, or any state or federal law or regulation. If, after this Agreement is terminated, You stay in the Lodging Space without Our written consent, the Rent will be double on a pro-rated daily basis. You will be responsible for all Rent and any related charges There will be no refund for early departures. Any eviction proceedings will be in accordance with the laws for the State of Texas.

**Exh 4 p.5**

2.

**Security Deposit**: A damage deposit of $500 will be due upon check-in. You may write a check in the amount of your deposit, place a credit card on file, or furnish cash. Your deposit will be returned to you or your check voided provided there is no damage to the property during your stay. You agree to be liable for any damages caused by You or your invited and uninvited guests during Your stay. We do not charge for normal and reasonable, at Towering Oaks' discretion, "wear and tear". However, Your liability for damages can result from the loss of or damage to any property as a result of Your stay, to repair or replacing any property that is damaged or missing, paying for any Rent due, to replace any keys, or to pay for Your quitting the house wrongfully. All such costs for damage or loss caused by You must be paid immediately. If the costs for your damage exceed your damage deposit you agree to pay all additional costs within 7 days.

3.

**Utilities and Services**: In addition to any amenities now provided by Towering Oaks, We maintain and provide water, electricity, trash collection, wireless internet for your computing needs. We are not responsible for interruptions to these services that are outside of Our control. Your only remedy for any loss of any amenity or the services listed above is to cancel the unused portion of Your stay and we agree to refund You only for that unused portion. Appliances and electronic equipment at Towering Oaks are provided for Your complimentary use. No refunds will be given for malfunctions, though We will make a good faith effort to repair or replace defective items as soon as practical.

4.

**Availability of Property**: If, by fire, flood, weather-related cause, act of government, act of nature, or closure of Towering Oaks for any reason, or factors outside of Towering Oaks' control, Towering Oaks is unable to deliver the Lodging Space to Tenant at time of check-in, Your sole remedy shall be a full refund of any money paid to Towering Oaks within 30 days of Towering Oaks' notification to You. In this case, Towering Oaks shall not be liable and shall be held harmless from any damages or costs incurred by You or any other parties. Towering Oaks will not be responsible for locating or securing alternative lodging, airfare, car rental, or any other related items or expenses.

5.

**Keys**: You will be provided with your digital key code to your room upon arrival. You may not have locks changed or added.

**Exh 4 p.6**

6.

**Your Liability**: You agree to accept all liability and hold Towering Oaks and its owners harmless for the use of the Lodging Space, Towering Oaks facilities, the grounds, the pool, any equipment, furnishings, and appliances supplied by or borrowed from Towering Oaks and used by You or Your guests. You agree to and accept all liability for any and all damage, loss, harm, death, injury, or any other type of personal or property damage from Your and Your guest's use of and lodging at the Towering Oaks property. We are not responsible for any loss or damage of any kind.

7.

**Sublet and Illegal Activities**: You may not sublet, or let anyone else occupy the Lodging Space or replace You as the rightful party to this Agreement or the rightful guest at Towering Oaks unless You have Our written permission in advance. Towering Oaks may be used only as a place to stay for Our Guests who are listed in this Agreement. You may not use Towering Oaks or the Lodging Space for any improper, illegal, or offensive purpose, including any activity that violates any law or governmental regulation. Additionally, any activities by You or any of Your guests that violate this Agreement will be considered as a cancellation of this Agreement and immediate termination of Your stay, without refund of any funds to You. Your stay at Towering Oaks and/or in the Lodging Space obtained by fraud or misrepresentation will also be considered as a cancellation of this Agreement and immediate termination of the stay, without any refund of any monies paid or owed to Towering Oaks.

8.

**Applicable Law**: This Agreement shall be construed according to the laws of the State of Texas, without giving force or effect to the choice of laws provisions thereof. If any part of this Agreement should be deemed unlawful or invalid for any reason whatsoever, the validity of the remainder of the Agreement shall not be affected thereby. The Agreement shall also include any and all terms and conditions for use of Towering Oaks' facilities and the Lodging Space, rules of use found on the property or its website, and/or any other requirements imposed by Towering Oaks.

9.

**Exh 4 p.7**

**INDEMNITY:** GUESTS FOR THEMSELVES AND THEIR RESPECTIVE HEIRS, INVITED AND UNINVITED GUESTS, PERSONAL REPRESENTATIVES, SUCCESSORS, AND ASSIGNS HEREBY RELEASE AND SHALL INDEMNIFY TOWERING OAKS AND ITS OWNERS, MANAGERS, EMPLOYEES, AND AGENTS OF THE PROPERTY, RENTAL BUSINESS, OFFICERS, AGENTS, EMPLOYEES, PARTNERS, SURETIES, INSURERS, INDEMNITOR, ATTORNEYS, SUCCESSORS AND ASSIGNS FROM ALL CLAIMS, DEMANDS, OR CAUSE OR THING WHATSOEVER RESULTING FROM OR IN CONNECTION WITH THE PROPERTY OR PREMISES OF THIS AGREEMENT AND CONTRACT INCLUDING WITHOUT LIMITATION ANY CLAIM, DEMAND, OR CAUSE OF ACTION FOR PERSONAL INJURY OR DEATH AND ANY AND ALL LOSS, LIABILITY, COST, AND EXPENSE RESULTING FROM ANY CLAIM, DEMAND, SUIT, OR CAUSE OF ACTION THAT MAY BE ASSERTED.

The customer's activities during the Rental Period must be reasonable and compatible with the use of the building/grounds and activities in areas adjacent to the Rental Space and building. This includes but is not limited to playing loud music or making any noise at a level that is not reasonable under the circumstances. Smoking is not permitted anywhere in the buildings. The Rental Space / Lodge / Grounds must be cleaned and returned in a condition at the end of an event to a reasonable appearance as it was prior to the rental. The customer is responsible for the removal of all decorations and trash from the property or placed in a dumpster provided on-site. The dumpster on site is a commercial 4-yard dumpster, if your trash/rubbish exceeds this amount you will be responsible for additional charges related to waste / trash removal or will be required to take the rubbish with you upon departure.

**RESPONSIBILITY AND SECURITY** Towering Oaks does not accept any responsibility for damage to or loss of any articles or property left at Towering Oaks prior to, during, or after a stay/reservation. The Customer(s) agrees to be responsible for any damage and/or loss done or caused to the Towering Oaks Complex by the Customer(s), the Customer's invited or uninvited guests, invitees, employees, contractors, subcontractors, or other agents.

Further, Towering Oaks shall not be liable for any loss, damage, or injury of any kind or character to any person or property caused by or arising from an act or omission of the Customer(s), or any of his invited or uninvited guests, invitees, employees, contractors, subcontractors, or other agents from any accident or casualty caused by the failure of the Customer(s), or the Customer's agents to maintain the premises in a safe condition or arising from any other cause related to the Customer's event outside the control of Towering Oaks, The Customer(s), as a material part of the consideration of this Agreement, hereby waives on its behalf all claims and demands against Towering Oaks for any such loss, damage, or injury of claims and demands against Towering Oaks for any such loss, damage, or injury of the Customer(s), the Customer's invited and uninvited guests, agents, invitees, contractors, subcontractors or agents and hereby agrees to indemnify and hold Towering Oaks free and harmless from all liability of any such loss, damage or injury, and from all costs and expenses arising therefrom, including but not limited to attorney fees, costs of court, and any and all damages available pursuant to the law. The Customer(s) understand that Towering Oaks recommends that Customer procure their own Short Term Event & General Liability policy.

**SMOKING:** No smoking or vaping indoors. Smoking, vaping, or vaping CBD indoors will result in a $250 cleaning charge for each room affected by the odor. If caught smoking or vaping indoors you will be asked to leave the property. There are designated smoking areas outside.

**PROPERTY:** The property is fully furnished by Owner and equipped for light housekeeping. The following amenities are included in the Property:

**Exh 4 p.8**

-Linens (1 set per bed)

-Towels (2 sets per bedroom)

A starter supply of household cleaning and hygiene products may be available in the property for use. Guest is responsible for purchasing any additional supplies and all food and beverages.

**BREAKFAST:** (Unless otherwise specified or requested) A traditional breakfast of the Chef's choice will be prepared each morning and served in the venue next door. (*Notice of food allergies/sensitivities or special requests must be made 7 days in advance to your reservation*) Breakfast is provided for guests of the lodge. If you have outside guests who would like to join you for breakfast, please notify us no later than 7 am the morning of, and each additional guest plate will be $20.

**FIREARMS:** Possession of firearms on the Property is prohibited.

**DRUGS:** No illegal drugs are permitted on the property

**ALCOHOL:** 1. Under NO circumstances shall Customer(s) sell or attempt to sell any Alcohol to anyone. You may not ask for money in any form from your guests, have a tip jar for servers, or charge for drinks. 2. Customer(s) shall not permit any person under the age of twenty-one (21) to consume alcohol regardless of whether the person is accompanied by a parent or guardian. 4. Customer(s) hereby expressly grants to Towering Oaks, at Towering Oaks' sole discretion and option, to instruct the security officer(s) to remove any person(s) from the property, if in the opinion of the Towering Oaks representative in charge, and/or the security officer(s) the person(s) is intoxicated, unruly or could present a danger to themselves or others, and/or the property. 6. Customer(s) hereby agrees to be liable and responsible for all act(s) and actions of every kind and nature for each and every person in attendance at Customer's function or event including all guests, hired vendors, bartenders, caterers, and their staff. 7. Customer(s) agrees to secure a Host liability / Liquor liability insurance policy and add Towering Oaks as a protected party. 8. Customer agrees to communicate these rules to their guests. 9. Customer agrees to comply with all applicable local, state, and federal ordinances, statutes, laws, and regulations. Towering Oaks, LLC forbids the service of alcohol to minors. The sobriety of all guests is the responsibility of the Customer.

**GUESTS** You may not have more than 10 additional Visitors ( in addition to your 24 staying on the property) to visit on the property at any given time.

**POOL HOURS:** Pool hours are: 8 am-11 pm (*No exceptions*)

**OUTDOOR QUIET HOURS** In accordance with Cooke county Sound ordinances, and out of respect for our neighbors as well as the horse & cattle ranches nearby, our outdoor quiet hours **(a time in which no music, loud noise is permitted outdoors**) is between 11 pm-7 am.

**POOL:** No Food inside the pool area (fenced-in area). No glass inside the fenced-in pool area. No smoking inside the fenced-in pool area. (A $950 additional pool cleaning fee will be assessed to drain and refill the pool if foreign debris, food, glass, or other related items are discovered inside the pool.)

**CHILDREN:** Children under the age of 18 are your complete responsibility. Please know where your children are at all times and make certain that they clearly understand all applicable rules. Children are not permitted near the pond.

**PETS:** Sorry, no pets are allowed in our lodge. Service animals are allowed.

**SPEED LIMIT:** The Speed limit on Towering Oaks property is 5 miles per hour.

**SPEAKERS:** No subwoofers/loudspeakers are permitted on the property

**DECORATIONS:** Glitter and or confetti are not permitted on the property. No Latex balloons are permitted outdoors.

**Exh 4 p.9**

**FIREWORKS:** No fireworks may be discharged on the property

**BEER PONG / ALCOHOL RELATED GAMES:** No beer pong or alcohol-related games may be played on property.

**TOILETS**: No items other than toilet paper should be flushed in the toilets. We have an aerobic septic system, and it is extremely sensitive to foreign debris.

**FURNITURE**: Any contents or furniture movement must be pre-approved by Towering Oaks (us). It is the Customer's responsibility to restore all areas to their original appearance.

**PARKING**: Parking is available at the designated areas on the South side of the complex (gravel and grass areas). Please instruct guests to use the entrance with the Towering Oaks Gate that runs alongside the white picket fence. You may park at the designated space for your room assignments. Please do not block the circle driveway, as this is the only path of egress for the property.

**OUTSIDE VISITORS:** <u>A visitor is an occupant of the Property who is not staying overnight.</u> Towering Oaks should be advised of any guests or visitors visiting the property who are not part of your immediate party and won't be staying with you overnight in your reservation.

Any Visitor staying overnight will result in additional charges. No Visitor will be allowed to use the common facilities, including pools, when the Guest is **not** on the Property. Visitors should be off the property by **12:00 midnight**. You are permitted 10 additional Visitors who may visit during the hours of 9 AM - 12 pm (midnight), each additional Visitor beyond the first ten will constitute an 'Event' being held and result in a $100 charge per Visitor. (N*ot applicable if you are hosting an event on the property with a separate contract*).

**GUESTS**: We will expect Visitors to conduct themselves in a mature, responsible, and respectful manner. Any violation of this may result in the removal of your guest from the premises.

**MAXIMUM OCCUPANCY:** The Maximum occupancy for the White Oak Lodge is 30 at any given time. The maximum sleeping occupancy is 16. (2 per room + 4 cots)

**2ND STORY BALCONY:** The 2nd story balcony, and all locked linen closets, and owners' closets marked 'private' are off-limits.

**ALL-TERRAIN VEHICLE / SIDE BY SIDE** The side-by-side ATV is off-limits and may not be used by guests.

**WASHER /DRYER** -Washer & Dryer are only available to reservations in excess of three nights.

**LEFT ITEMS:** If any items are discovered left behind, Towering Oaks will attempt to notify you to make arrangements to pick up those items. Towering Oaks will not bear the cost of returning items to you, and Towering Oaks will not store items left behind.

**CLEAN-UP** Customer shall be responsible for returning Towering Oaks and all rented Premises to the condition in which it was provided to them. All property belonging to Customer, Customer's invitees, invited and uninvited guests, contractors, and sub-contractors shall be removed by the end of the rental period. All property remaining on the premises beyond the end of the rental agreement will be removed by Towering Oaks at the Customer's cost. Should the Customer need special consideration for the removal of property beyond the rental period, this can be arranged prior to the beginning of the event for an additional fee. Towering Oaks is not responsible for any property left behind by Customer, Customer's guests, invitees, agents, and sub-contractors. The Customer is responsible for any and all damages to Towering Oaks property and surrounding sites. It is the Customer's responsibility to remove all decorations and return the property to the condition in which it was received. You, the Renter, agree to assume full responsibility for the conduct of and /or any damage caused by its member, participants, vendors, or employees and agrees to adhere to all management policies. You are responsible for the actions of each and every one of your invited and uninvited guests.

**Exh 4 p.10**

**COURTESY PROTOCOL:** Towering Oaks, LLC (We) reserves the right to request any person or group of people acting unruly and contrary to rental regulations to leave the premises. Assistance from law enforcement agencies may be required if this request is not met immediately.

**HOT TUB:** Guests acknowledge that there are certain risks associated with hot tubs. Use of the hot tub is at the user's own risk, and will not hold Towering Oaks liable for any injuries. Hot Tubs should not be used by Pregnant Women.

To ensure the safe and enjoyable use of the hot tub, we ask that you read through and adhere to the rules of this safety document. • During pregnancy soaking in the hot tub may cause damage to the fetus, so contact your Doctor for advice before starting your vacation / stay with us, to ensure it is safe for you to use the hot tub. • People with skin, ear, genital or other body infections, open sores, or wounds should not use the hot tub because of the possibility of spreading infection or irritating your condition. • Never use the hot tub while using narcotics or other drugs that may cause sleepiness, drowsiness or raise /lower your blood pressure. • At 39 Celcius / 102 Fahrenheit, limit your time in the hot tub to a maximum of 20 minutes, as extending this time can affect your inner organs and cause fever-like conditions. • Do not immerse your head in the hot tub water. This increased the risk of infection and can heighten the dangers of drowning due to suction below the water line. • Never use the hot tub alone. Take care when entering and leaving the hot tub. When leaving the hot tub leg muscles may be relaxed enough to make you unsteady. • Never use glass near or in the hot tub, as broken glass can cause a risk to people in bare feet and is very difficult to see within the hot tub water. • Do not use any electrical appliances near or in the hot tub. • If any fault or damage occurs with the hot tub please contact the owner of your property at the earliest convenient moment. • Persons with heart disease, diabetes, low or high blood pressure, or any serious illness should not enter the hot tub without prior consultation with their Doctor. • Parents are advised that the hot tubs are not suitable for children under the age of four and to warn their children not to allow water into their mouths as this can cause infection and illness. • The heat of the hot tub water speeds up the effects of alcohol and can cause sleepiness, dizziness and unconsciousness. • Shower with soap and water before and after using the hot tub. Showering before use washes away many of the comment skin bacterial and removes lotions, deodorants, creams, etc., which reduce the effectiveness of the spa sanitizer that disinfects the water.

**SECURITY CAMERAS:** Towering Oaks grounds including the pool area, patio, parking areas, and all other exterior grounds are monitored by 24-hour CCTV video-only security cameras (no audio). There are also CCTV cameras in the coffee bar / China cabinet area as well as our commercial kitchen and general store. All private areas/rooms and living areas are unmonitored.

**TAXES**: A Texas State Hotel Occupancy tax of 6%, and Cooke county Hotel Occupancy tax of 2% will be charged on all Lodging, services, and item rentals.

**AGRITOURISM DISCLOSURE:**

AGREEMENT AND WARNING: I UNDERSTAND AND ACKNOWLEDGE THAT AN AGRITOURISM ENTITY IS NOT LIABLE FOR ANY INJURY TO OR DEATH OF AN AGRITOURISM PARTICIPANT RESULTING FROM AGRITOURISM ACTIVITIES. I UNDERSTAND THAT I HAVE ACCEPTED ALL RISK OF INJURY, DEATH, PROPERTY DAMAGE, AND OTHER LOSS THAT MAY RESULT FROM AGRITOURISM ACTIVITIES.

By executing this Agreement, You agree to pay the Rent, damage deposits and to follow these terms and any and all other Towering Oaks rules and regulations, and be liable for all fees and accept and obey the terms, conditions, and policies contained herein and anywhere else on the Towering Oaks property. If paying by credit card, You authorize Us to make any charges to the credit card provided in accordance with this Agreement. You also certify that You are either an authorized signer of the credit card provided or have been authorized to use it by the cardholder.

**Exh 4 p.11**

**TOWERING OAKS, LLC**

Towering Oaks, LLC   Towering Oaks, LLC       Jul 26, 2022

**GUEST**

Gigi Haidar      Jul 26, 2022

---

Tye Shirley                                              TBD

# Gigi Haidar

Gigi Haidar                                         Jul 26, 2022

admin@towering-oaks.com | www.towering-oaks.com | (833) 339-6257 | 528 Northshore Lane, Valleyview, TX 76272

**Exh 4 p.12**