| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**Patrick Stedman**

Civil/Criminal No.   **21-cr-383**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 100 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | |
| 101 | J 6 Montage video | | |
| 102 | Area Closed Signs and Barricades | | |
| 103 | Aerial Photo of the Capitol Building and Grounds | | |
| 104 | Map of Restricted Perimeter | | |
| 105 | Area Closed Sign | | |
| 106 | Drawing of Capitol Building and Grounds | | |
| 106.1 | Drawing of Capitol Building Second Floor | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 107 | Area Closed Sign and Barricades | | |
| 108 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | |
| 109 | Area Closed Sign and Barricades | | |
| 110 | Blueprint - First Floor of Capitol Building | | |
| 111 | Blueprint - Second Floor of Capitol Building | | |
| 112 | Three-Dimensional Depiction of Capitol | | |
| 113 | Photo of inaugural stage | | |
| 114 | West Front Time Lapse Video | | |
| 115 | Physical Area Closed Sign | | |
| | | | |
| 200 Series | *Secret Service Exhibits* | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| | Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | |
| 204 | USSS-2 – East Side of the Capitol: VP vehicles moving | | |
| 205 | E.G. Radio Communication (14:14:42) | | |
| 206 | E.G. Radio Communication (14:20:19) | | |
| 207 | E.G. Radio Communication (14:21:49) | | |
| | | | |
| 300 Series | *U.S. Capitol CCTV Footage* | | |
| 301 | Northwest Terrace Stairs – Camera 0924 | | |
| 302 | Northwest Terrace Stairs – Camera 0925 | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 303 | Senate Wing Doors – Camera 0102 | | |
| 304 | Crypt – North – Camera 0402 | | |
| 305 | Speaker's Office Hallway – Camera 0263 | | |
| 306 | Speaker's Office Hallway – Camera 0931 | | |
| 307 | Rotunda South – Camera 0959 | | |
| 308 | Statuary Hall – Camera 0262 | | |
| 309 | Statuary Hall Connector – Camera 0259 | | |
| 309A | Split screen video – 0259 and Stedman Phone | | |
| 309B | Zoomed in 0259/Stedman phone video | | |
| 310 | House Main Door NE Hallway – Camera 0251 | | |
| 311 | NE Hallway Stairs – Camera 0250 | | |
| 312 | House Gallery East Hallway– Camera 0350 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 313 | House Gallery NE Hallway– Camera 0351 | | |
| 314 | House Gallery NW Hallway – Camera 0361 | | |
| 315 | House Main Door NW Hallway – Camera 0257 | | |
| 316 | Statuary Hall Connector – Camera 0259 | | |
| 317 | Statuary Hall – Camera 0262 | | |
| 318 | Rotunda South – Camera 0959 | | |
| 319 | Rotunda North – Camera 0960 | | |
| 319A | Zoomed in Rotunda North – Camera 0960 | | |
| 320 | East Rotunda Door Inward – Camera 0686 | | |
| 321 | East Rotunda Door Outward – Camera 7029 | | |
| 400 Series | *Open Source* | | |
| 401 | Periscope video January 6 | | |

5

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 402 | Periscope video January 4 | | |
| 403 | Facebook video at rally | | |
| 404.A | YouTube video at rally | | |
| 404.B | YouTube video at rally | | |
| 404.C | YouTube video at rally | | |
| 404.D | YouTube video at rally | | |
| 404.E | YouTube video at rally | | |
| 405 | Internet Archive video in Crypt | | |
| 407 | Internet Archive video in Crypt 2 | | |
| 408 | Internet Archive video in Rotunda | | |
| 409 | Facebook video in hallway | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 410 | YouTube video exiting Rotunda | | |
| 411 | TruNews video exiting Capitol | | |
| 412 | | | |
| 413.A | TheResistance video of Crypt | | |
| 413.B | TheResistance video of Statutory Hall Connector | | |
| 414 | Third party video in Crypt | | |
| 415.A | Surveillance video of West Front | | |
| 415.B | Surveillance video of West Front | | |
| 416 | 60 Minutes video in Speaker's Office | | |
| 417 | Rham GoPro in the Crypt | | |
| 418 | bgonthescene-Crypt1 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 419 | Deborah Lee Rotunda video | | |
| | | | |
| *500 Series* | *Body Worn Camera* | | |
| 501 | MPD Officer Bronstein BWC - Rotunda | | |
| 502 | MPD Officer Coley BWC - Rotunda | | |
| | | | |
| *600 Series* | *Twitter Search Warrant Returns* | | |
| 601 | Video: 96e3586e-54a0-4cd8-a9d3-8b6619942298.mp4 | | |
| 602 | Video: 6836fd91-9055-4ef3-8cf4-815bfa797fcd.mp4 | | |
| 603 | Video:  trim_A78F4ECA-3F9F-415D-9357-547AF8D06668.mov | | |
| | Twitter Tweet on 2021-01-06T22:26:52Z | | |
| | Twitter Tweet on 2021-01-06T22:18:30Z | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| | Twitter Tweet on 2021-01-06T21:54:34Z | | |
| | Twitter Tweet on 2021-01-06T21:07:56Z | | |
| | Twitter Tweet on 2021-01-06T20:21:01Z | | |
| | Twitter Tweet on 2021-01-06T19:42:10Z | | |
| | Twitter Tweet on 2021-01-06T05:12:07Z | | |
| | Twitter Tweet on 2021-01-06T04:57:15Z | | |
| | Twitter Direct Message on 2021-01-05T22:58:31.437Z | | |
| | Twitter Direct Message on 2021-01-05T16:38:39.566Z | | |
| | Twitter Tweet from December 30, 2020 | | |
| | Twitter Tweet from December 30, 2020 | | |
| | Image: 1324216637042679812-xesBphie.jpg | | |
| | Image: 1324771934182297606-pi-1K17a.jpg | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| | Image: 1343780744364220416-EqTQnuHU0AcUYfq.jpg | | |
| | Image: 1328921716979097600-Em_bgrGUwAEKKLc.jpg | | |
| | Image: 1345917601751433216-Eq11FvSW8AUmcWd.jpg | | |
| | Image: 1346595608702889984-ErAC2kWWMAEAHzM.png | | |
| | Image: 1346654524514181120-ErBF8vvW4AAcj6F.png | | |
| | Image: 1346958129695625220-5LSH2Gdw.jpg | | |
| | Image: 1350809198427316224-Erx7OI8VoAQrgQD.jpg | | |
| | Image: 1351217638152794119-Mno6crht.jpg | | |
| | | | |
| *700 Series* | *Residential Search Warrant Returns* | | |
| 701 | Green and red sweater | | |
| 702 | Red MAGA hat | | |

10

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 703 | iPhone 11 | | |
| 704 | Laptop computer | | |
| | | | |
| *800 Series* | *Congressional Exhibits* | | |
| 801 | Congressional Video Montage | | |
| 801A | Screenshot of House Chamber | | |
| 802 | 12th Amendment | | |
| 803 | 3 USC 15 | | |
| 804 | 3 USC 16 | | |
| 805 | 3 USC 17 | | |
| 806 | 3 USC 18 | | |
| 807 | Congressional Resolution | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 808 | Senate Recording Studio Certificate of Authenticity | | |
| 809 | House Recording Studio Certificate of Authenticity | | |
| 810 | Congressional Record - Senate | | |
| 811 | Congressional Record - House | | |
| 812 | House Floor Video | | |
| | | | |
| *900 Series* | *Data from Phone* | | |
| 901 | Photo: IMG_1704.JPG | | |
| 902 | Photo: IMG_1709.JPG | | |
| 903 | Photo: IMG_1710.JPG | | |
| 904 | Photo: IMG_1712.JPG | | |
| 905 | Photo: IMG_1714.JPG | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 906 | **Photo: IMG_1715.JPG** | | |
| 907 | Photo: IMG_1718.JPG | | |
| 908 | Photo: IMG_1721.JPG | | |
| 909 | Photo: IMG_1722.JPG | | |
| 910 | Photo: IMG_1723.JPG | | |
| 911 | Photo: IMG_1725.JPG | | |
| 912 | Photo: IMG_1726.JPG | | |
| 913 | Photo: IMG_1727.JPG | | |
| 914 | Photo: IMG_1731.JPG | | |
| 915 | Photo: IMG_1732.JPG | | |
| 916 | Photo: IMG_1733.JPG | | |
| 917 | Photo: IMG_1735.JPG | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 918 | Photo: IMG_1737.JPG | | |
| 919 | Photo: IMG_1739.JPG | | |
| 920 | Photo: IMG_1733.JPG | | |
| 921 | Video: IMG_1724.mp4 | | |
| 922 | Video: IMG_1724.mp4 | | |
| 923 | Video: IMG_1715.MOV | | |
| 924 | Video: IMG_1745.MOV | | |
| 925 | Text message 1/6/2021 2:22:53 PM(UTC-5) | | |
| 926 | Text message 1/4/2021 7:59:45 PM(UTC-5) | | |
| 927 | Text messages 12/31/2020 12:40:30 PM(UTC-5) | | |
| 928 | WhatsApp 1/2/2021 11:38:18 PM(UTC-5) | | |
| 929 | WhatsApp 1/6/2021 2:22:04 PM(UTC-5) | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 930 | WhatsApp 1/6/2021 2:22:21 PM(UTC-5) | | |
| 931 | WhatsApp 1/6/2021 2:28:21 PM(UTC-5) | | |
| 932 | WhatsApp 1/6/2021 2:35:00 PM(UTC-5) | | |
| **933** | WhatsApp 1/6/2021 2:35:08 PM(UTC-5) | | |
| 934 | Text messages with Joe Wilson, 1/2-1/11 | | |
| 935 | Video: IMG_1688.MOV | | |
| 936 | Video: IMG_1684.MOV | | |
| 937 | Video: IMG_1683.MOV | | |
| 938 | Photo: IMG_1682.jpg | | |
| 939 | Video: IMG_1681.MOV | | |
| 940 | Video: IMG_1678.MOV | | |
| 941 | Video: IMG_1675.MOV | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 942 | Photo: IMG_1674.jpg | | |
| 943 | Photo: IMG_1673.jpg | | |
| 944 | Photo: IMG_1672.JPG | | |
| 945 | Video: IMG_1669.MOV | | |
| 946 | Photo: IMG_1668.JPG | | |
| 947 | Video: IMG_1663.MOV | | |
| 948 | Video: IMG_1663.MOV | | |
| 949 | Video: IMG_1699.MOV | | |
| 950 | Photo: IMG_1698.jpg | | |
| 951 | Video: IMG_1697.MOV | | |
| 952 | Video: IMG_1695.MOV | | |
| 953 | Photo: IMG_1694.jpg | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 954 | Photo: IMG_1693.jpg | | |
| 955 | Video: IMG_1692.MOV | | |
| 956 | Video: IMG_1691.MOV | | |
| 957 | Photo: IMG_1690.jpg | | |
| 958 | Photo: IMG_1689.jpg | | |
| 959 | Video: IMG_1704.MOV | | |
| 960 | Video: On metal path towards Capitol Entrance.MOV | | |
| 961 | Video: IMG_1705.MOV | | |
| 932 | Photo: IMG_1703.jpg | | |
| 963 | Video: IMG_1702.MOV | | |
| 964 | Photo: IMG_1701.jpg | | |
| 965 | Video: Entering Capitol and moving down hallway towards Crypt.MOV | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 966 | Video: IMG_1713.MOV | | |
| 967 | Video: IMG_1711.MOV | | |
| 968 | Video: IMG_1710.MOV | | |
| 969 | Video: IMG_1721.MOV | | |
| 970 | Photo: IMG_1719.jpg | | |
| 971 | Video: IMG_1718.MOV | | |
| 972 | Photo: IMG_1716.jpg | | |
| 973 | Video: IMG_1715.MOV | | |
| 974 | Video: IMG_1714.MOV | | |
| 975 | Video: IMG_1726.MOV | | |
| 976 | Video: IMG_1725.MOV | | |
| 977 | Video: IMG_1724.MOV | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 978 | Video: IMG_1723.MOV | | |
| 979 | Photo: IMG_1729.jpg | | |
| 980 | Photo: IMG_1728.jpg | | |
| 981 | Video: IMG_1727.MOV | | |
| 982 | Video: IMG_1739.MOV | | |
| 983 | Video: IMG_1738.MOV | | |
| 984 | Video: IMG_1737.MOV | | |
| 985 | Video: IMG_1736.MOV | | |
| 986 | Video: IMG_1735.MOV | | |
| 987 | Video: IMG_1734.MOV | | |
| 988 | Video: IMG_1733.MOV | | |
| 989 | Video: IMG_1732.MOV | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 990 | Phot: IMG_1750.JPG | | |
| 991 | Video: IMG_1748.MOV | | |
| 992 | Video: IMG_1745.MOV | | |
| 993 | Photo: IMG_1744.jpg | | |
| 994 | Photo: IMG_1742.jpg | | |
| 995 | Video: IMG_1741.MOV | | |
| 996 | Photo: IMG_1740.jpg | | |
| 997 | Video: Stedman at Door to Chambers.MOV | | |
| | | | |
| 1000 Series | Stipulations | | |
| 1001 | | | |
| 1002 | The Capitol Building and Grounds | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | WITNESS | NOTES |
|---|---|---|---|
| 1003 | The Certification of the Electoral College Vote | | |
| 1004 | House and Senate Compilation Video | | |
| 1005 | Stedman's presence in/around Capitol | | |
| 1006 | United States Capitol Police Closed Circuit Video Monitoring | | |
| 1007 | MPD Body Worn Camera | | |
| 1008 | Stedman's Cell Phone | | |
| 1009 | Items Obtained During Search | | |
| | | | |