CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA



**FILED**

JUN - 9 2023

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

PATRICK ALONZO STEDMAN

Civil/Criminal No.: 21CR383 (BAH)

### NOTE FROM JURY

With regard to Count 1, does the jury have to find "Obstruction of an official Proceeding" or "Attempt to obstruct an official Proceeding" in conjunction with "Aiding and Abetting" or can "Aiding and Abetting" stand alone to prove Count 1?

Date: 1/9/2023

Time: 10:30 AM

FOREPERSON