UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



FILED
JUN -9 2023
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA |
|---|
| v. |
| PATRICK STEDMAN, |
| Defendant. |

Criminal Case No. 21-cr-383 (BAH)

Chief Judge Beryl A. Howell

## VERDICT FORM

**COUNT ONE:** Obstruction or Attempted Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2

With respect to the offense of Obstruction or Attempted Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Patrick Stedman:

_____ NOT GUILTY       ✓ GUILTY

**COUNT TWO:** Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Patrick Stedman:

_____ NOT GUILTY       ✓ GUILTY

**COUNT THREE:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Patrick Stedman:

_____ NOT GUILTY       ✓ GUILTY

**COUNT FOUR:** Disorderly or Disruptive Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Engaging in Disorderly or Disruptive Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Patrick Stedman:

_____ NOT GUILTY       ✓ GUILTY

1

**COUNT FIVE:** Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Patrick Stedman:

_____ NOT GUILTY      ✓ GUILTY

DATE/TIME: 6/9/23   11:25 AM

FOREPERSON'S SIGNATURE