UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK ALONZO STEDMAN,<br><br>Defendant. | Case No. 21-cr-383 (BAH) |

### GOVERNMENT'S NOTICE OF FILING OF VIDEOS
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on September 7, 2023, via USAFX, relating to the sentencing hearing scheduled for September 8, 2023.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Ex 1 (967)," which is a video taken by the Defendant in the Crypt that was introduced at trial as Government Exhibit 967.

2. A file entitled "Ex 2 (974)," which is a video taken by the Defendant at the entrance to the Speaker's Suite that was introduced at trial as Government Exhibit 974.

3. A file entitled "Ex 3 (971)," which is a video taken by the Defendant from the Speaker's Balcony that was introduced at trial as Government Exhibit 971.

4. A file entitled "Ex 4 (977)," which is a video taken by the Defendant at the House Chamber Door that was introduced at trial as Government Exhibit 977.

5. A file entitled "Ex 5 (976)," which is a video taken by the Defendant at the House Chamber Door that was introduced at trial as Government Exhibit 976.

6. A file entitled "Ex 6 (997)," which is a video taken by the Defendant at the House Chamber Door that was introduced at trial as Government Exhibit 997.

7. A file entitled "Ex 7 (992)," which is a video taken by the Defendant at the East Front Plaza that was introduced at trial as Government Exhibit 992.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ *Brian Morgan*
BRIAN MORGAN
Trial Attorney
NY Bar No. 4276804
601 D Street NW
Washington, D.C.  20001
Office: 202-305-3717
Brian.Morgan@usdoj.gov