UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 21-383 |
| PATRICK ALONZO STEDMAN, | Judge Beryl A. Howell |
| Defendant. | |

## ORDER

Upon consideration of defendant Patrick Stedman's Motion for Release Pending Appeal, ECF No. 97, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Patrick Stedman's Motion for Release Pending Appeal, ECF No. 97, is **GRANTED**; and it is further

**ORDERED** that defendant shall be released from the custody of the U.S. Bureau of Prisons, pending his appeal, on October 27, 2024; and it is further

**ORDERED** that defendant report to the U.S. Probation Office in his district of residence within 48 hours of release; and it is further

**ORDERED** that defendant's conditions of release be the same as those set forth in his judgment from this Court for his supervised release, *see* Judgment at 4–7, ECF No. 86; and it is further

**ORDERED** that within three days of the issuance of the mandate in *United States v. Stedman*, No. 23-3163 (D.C. Cir.), the parties shall submit jointly a status report proposing further proceedings in this case, including revocation of this order authorizing defendant's release pending appeal, pursuant to 18 U.S.C. § 3143(b).

**SO ORDERED.**

Date: August 28, 2024

                                                **BERYL A. HOWELL**
                                                United States District Judge