UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 21-CR-383 (BAH) |
| v. | : | |
| PATRICK STEDMAN | : | **JOINT PROPOSED SCHEDULE AFTER REMAND** |

Defendant Patrick Stedman, by and through his undersigned counsel, and the United States of America, by and through its undersigned attorney, pursuant to the Court's Minute Order of September 10, 2024, hereby submit the following:

1. This matter has been remanded to the District Court by September 9, 2024 Order vacating Mr. Stedman's conviction for violation of 18 U.S.C. § 1512(c)(2) and remanding for further proceedings.

2. The foregoing Order was entered pursuant to the parties "Joint Motion to Govern Future Proceedings" which was filed in the D.C. Circuit Court of Appeals on August 27, 2024 in which the parties represented to the D.C. Circuit that, among other things, the joint motion resolution was agreed to by then Appellant Stedman "without further litigation of this appeal based on the government's representation to Stedman's counsel that, on remand, the government will not retry Stedman for violating 18 U.S.C. § 1512(c)(2)." (USCA Case # 23-3163 Document Docket Entry #2071887). Based on those representations, Mr. Stedman abandoned other appellate arguments and issues raised in addition to the challenge to his now vacated conviction under Count One for violating 18 U.S.C. § 1512(c)(2).

3. The parties agree that the appropriate next step in this matter is for Mr. Stedman to be re-sentenced for the non-vacated Counts 2 through 5 of the Indictment of which he was convicted in this matter.

4. The parties propose that resentencing Mr. Stedman regarding Counts Two through Five take place on a date after October 27, 2024, either in November or December 2024 if that time-frame is consistent with the Court's schedule. The parties note that although Mr. Stedman otherwise would have asked for a sentencing date sooner than October 27, 2024, the joint request for a date after October 27, 2024 is based on this Court's Order dated August 28, 2024 granting Mr. Stedman's motion for bail pending appeal and ordering that Mr. Stedman "shall be released from the custody of the U.S. Bureau of Prisons, pending his appeal, on October 27, 2024" for the reasons set forth in the Court's simultaneously filed Memorandum opinion. On the assumption that the Court will continue that release order in effect (or perhaps convert same to a "bail pending resentencing order" providing for the same release date now that the appeal matter has been remanded), the parties propose that a date after October 27, 2024 will better promote efficiency and economy of resources for all concerned. The U.S. Marshal's would then not be required to transport Mr. Stedman from his current location of incarceration (FCI Fort Dix, New Jersey) to the District of Columbia for a resentencing, and Mr. Stedman could travel there on his own at his own expense. Further, allowing such would provide for better access between Mr. Stedman and his counsel prior to the resentencing, rather than perhaps there even be several weeks during transport when counsel and Mr. Stedman would not be able to communicate at all, and then once Mr. Stedman would arrive via transport to the District of Columbia his counsel who is in New Jersey would still have at best limited access.

5. The parties are unsure if the Court will require a revised/updated Presentence Report (PSR), or what would be the exact timeframe the preparation of such would entail, but proposes the below dates for scheduling of the sentencing hearing to account for a reasonable period of time for U.S. Probation to submit a revised PSR, should one be necessary.

The parties would propose two alternate scheduling orders in this matter. Should the Court order U.S. Probation to revise the PSR the parties would propose that the revised PSR be provided to Court and counsel by November 12, 2024, that supplemental sentencing memoranda be due on November 25, 2024, any responses be due on December 2, 2024, and the sentencing hearing be set for the week of December 9, 2024. Should the Court not order an amended presentence report then parties would propose that supplemental sentencing memoranda be due on November 4, 2024, any responses be due on November 12, 2024, and the sentencing hearing be set for the week of November 18, 2024.

Respectfully submitted,

/s/Rocco C. Cipparone Jr.
Rocco C. Cipparone, Jr., Esquire
Attorney for Defendant Patrick Stedman

/s/Joseph S. Smith, Jr.
Joseph S. Smith, Jr.
Assistant U.S. Attorney

Dated: September 17, 2024